B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Twin Mills Timber & Tie Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**8157** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3268 Route 37 North**<br>**West Frankfort, IL**<br>ZIP Code **62896** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Franklin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 34**<br>**West Frankfort, IL**<br>ZIP Code **62896** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                      **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Twin Mills Timber & Tie Company, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Twin Mills Timber & Tie Company, Inc.**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Douglas A. Antonik**
Signature of Attorney for Debtor(s)

**Douglas A. Antonik 06190629**
Printed Name of Attorney for Debtor(s)

**Antonik Law Offices**
Firm Name

**Post Office Box 594**
**Mt. Vernon, IL 62864**

_____
Address

                    **Email: antoniklaw@charter.net**
**618-244-5739  Fax: 618-244-9633**
Telephone Number

**October 14, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Keith Wilson**
Signature of Authorized Individual

**Keith Wilson**
Printed Name of Authorized Individual

**Secretary**
Title of Authorized Individual

**October 14, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Illinois

In re    **Twin Mills Timber & Tie Company, Inc.**               Case No. _____

                            Debtor(s)               Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

        Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alstat Wood Products**<br>**456 Highway 4**<br>**Murphysboro, IL** | **Alstat Wood Products**<br>**456 Highway 4**<br>**Murphysboro, IL** | **Product** | | **10,964.78** |
| **Appalachian Underwriters**<br>**PO Box 800**<br>**Rutledge, TN 37861** | **Appalachian Underwriters**<br>**PO Box 800**<br>**Rutledge, TN 37861** | **Insurance**<br>**Work comp** | **Disputed** | **32,648.00** |
| **Commonwealth of Kentucky**<br>**Department of Revenue**<br>**PO Box 491**<br>**Frankfort, KY 40602** | **Commonwealth of Kentucky**<br>**Department of Revenue**<br>**PO Box 491**<br>**Frankfort, KY 40602** | | **Disputed** | **9,861.81** |
| **Davis and Sons Oil Co Inc**<br>**PO Box 444**<br>**Fairfield, IL 62837** | **Davis and Sons Oil Co Inc**<br>**PO Box 444**<br>**Fairfield, IL 62837** | **Fuel purchase** | | **19,720.71** |
| **Ervin Leasing**<br>**PO Box 1689**<br>**Ann Arbor, MI 48106-1689** | **Ervin Leasing**<br>**PO Box 1689**<br>**Ann Arbor, MI 48106-1689** | **Shop Furnace**<br>**Ervin** | | **22,750.10**<br><br>**(5,000.00 secured)** |
| **Fred Wilson**<br>**889 Veterans Dr**<br>**Eldorado, IL 62930** | **Fred Wilson**<br>**889 Veterans Dr**<br>**Eldorado, IL 62930** | **Loans to company**<br>**Shareholder|** | | **20,000.00** |
| **GE Capital**<br>**PO Box 740425**<br>**Atlanta, GA 30374-0425** | **GE Capital**<br>**PO Box 740425**<br>**Atlanta, GA 30374-0425** | **Hydro ax**<br>**GE Electric** | | **68,934.25**<br><br>**(49,000.00 secured)** |
| **Illinois Dept of Employment Securit**<br>**33 S State St  10th Floot**<br>**Chicago, IL 60603-2802** | **Illinois Dept of Employment Securit**<br>**33 S State St  10th Floot**<br>**Chicago, IL 60603-2802** | **Unemployment**<br>**taxes** | | **24,532.17** |
| **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **941 and 940 taxes**<br>**Tax lien filed**<br>**All real estate** | | **147,924.71**<br><br>**(71,500.00 secured)** |
| **IPA**<br>**1250 Barklay Blvd**<br>**Summerfield, IL 62289** | **IPA**<br>**1250 Barklay Blvd**<br>**Summerfield, IL 62289** | **Consulting service** | **Disputed** | **56,849.27** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Twin Mills Timber & Tie Company, Inc.**        Case No.   _____

                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **J 2 K LLC**<br>**301 Tamarack Lane  Ste 200**<br>**O Fallon, IL 62269** | **J 2 K LLC**<br>**301 Tamarack Lane  Ste 200**<br>**O Fallon, IL 62269** | **J 2 K Property State Rt 37 West Frankfort, IL 325 acres - no improvements flood plain - Timberland $750 / acre** | | **308,000.00**<br><br>**(243,750.00 secured)** |
| **Jim Herring**<br>**7877 Hover Rd**<br>**Macedonia, IL 62860** | **Jim Herring**<br>**7877 Hover Rd**<br>**Macedonia, IL 62860** | | | **25,399.46** |
| **Keith Wilson**<br>**3183 State Rt 37**<br>**West Frankfort, IL 62896** | **Keith Wilson**<br>**3183 State Rt 37**<br>**West Frankfort, IL 62896** | **Loans to company Shareholder** | | **20,800.00** |
| **LEAF**<br>**PO Box 644006**<br>**Cincinnati, OH 45264-4006** | **LEAF**<br>**PO Box 644006**<br>**Cincinnati, OH 45264-4006** | **1997 644G - Leaf - bad transmission Vin# 7190 lease** | | **13,921.65**<br><br>**(1,200.00 secured)** |
| **Perma Treat**<br>**PO Box 99**<br>**Marion, IL 62959** | **Perma Treat**<br>**PO Box 99**<br>**Marion, IL 62959** | **Judgment** | | **6,475.50** |
| **Robbie Stout**<br>**Box 116 C**<br>**Thompsonville, IL 62890** | **Robbie Stout**<br>**Box 116 C**<br>**Thompsonville, IL 62890** | **Wood** | **Disputed** | **11,572.18** |
| **TCF Equipment Finance Inc**<br>**11100 Wayzata Blvd  Ste 801**<br>**Minnetonka, MN 55305** | **TCF Equipment Finance Inc**<br>**11100 Wayzata Blvd  Ste 801**<br>**Minnetonka, MN 55305** | **Scales TCF** | | **20,750.10**<br><br>**(8,000.00 secured)** |
| **Wells Fargo Financial Leasing**<br>**300 Tri State International Ste 40**<br>**Lincolnshire, IL 60069** | **Wells Fargo Financial Leasing**<br>**300 Tri State International  Ste 40**<br>**Lincolnshire, IL 60069** | **4 head band saw Wells Fargo** | | **57,888.33**<br><br>**(22,000.00 secured)** |
| **Wenzel Lumber Company**<br>**PO Box 57**<br>**Junction, IL 62954** | **Wenzel Lumber Company**<br>**PO Box 57**<br>**Junction, IL 62954** | **Wood** | | **8,436.54** |
| **Wrights Sawmill**<br>**1660 Cr 1201**<br>**Arlington, KY 42021** | **Wrights Sawmill**<br>**1660 Cr 1201**<br>**Arlington, KY 42021** | **Wood** | | **10,451.70** |

**B4 (Official Form 4) (12/07) - Cont.**

In re     **Twin Mills Timber & Tie Company, Inc.**                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 14, 2011**                          Signature     **/s/ Keith Wilson**
                                                                    **Keith Wilson**
                                                                    **Secretary**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Southern District of Illinois

In re    __Twin Mills Timber & Tie Company, Inc._____ ,     Case No. _____

                                          Debtor

   Chapter _____ __11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 495,250.00 | | |
| B - Personal Property | Yes | 6 | 151,913.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 823,673.39 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 39,597.18 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 290,739.87 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 647,163.00 | | |
| Total Liabilities | | | | 1,154,010.44 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Illinois

In re    **Twin Mills Timber & Tie Company, Inc.**                 ,     Case No. _____

Debtor

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re __Twin Mills Timber & Tie Company, Inc._____,   Case No. _____
                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **3268 State Rt 37**<br>**West Frankfort, IL**<br>**26 acres with 3 buildings**<br>**Office building**<br>**Mill building**<br>**Processing building**<br><br>**IRS Federal Tax Lien - secured claim** | **Fee Simple** | - | **71,500.00** | **147,924.71** |
| **3183 State Rt 37**<br>**West Frankfort, IL**<br>**37 acres, old mine property**<br>**6 old mine building**<br>**1 shop**<br>**also secured by IRS Lien**<br>**2 apartments**<br>**3 storage** | **Fee Simple** | - | **180,000.00** | **307,924.71** |
| **J 2 K Property**<br>**State Rt 37**<br>**West Frankfort, IL**<br>**325 acres - no improvements**<br>**flood plain - Timberland**<br>**$750 / acre** | **Fee Simple** | - | **243,750.00** | **455,924.71** |

| | | |
|---|---|---|
| Sub-Total > | **495,250.00** | (Total of this page) |
| Total > | **495,250.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re    **Twin Mills Timber & Tie Company, Inc.**                   ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Banterra Bank**<br>**110 E Oak Street**<br>**West Frankfort, IL  62896**<br>**Checking account** | - | 0.00 |
| | | **Peoples National Bank**<br>**208 Public Square**<br>**Benton, IL  62812**<br>**Checking account** | - | 300.00 |
| | | **Reelfoot Bank**<br>**1491 S 1st Street**<br>**Union City, TN  38261**<br>**Checking account** | - | 0.00 |
| | | **Southern Illinois Bank**<br>**404 Logan Street**<br>**West Frankfort, IL  62896**<br>**Checking account** | - | 13.00 |
| | | **First Bank**<br>**605 West Main Street**<br>**West Frankfort, IL  62896**<br>**Checking account**<br>**HBW account** | - | 0.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |

Sub-Total >      313.00<br>(Total of this page)

  **5**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Twin Mills Timber & Tie Company, Inc.** ,     Case No. _____
                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >       **0.00**
(Total of this page)

Sheet  **1**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Twin Mills Timber & Tie Company, Inc.**
_____,   Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Perma Treat Hold 6k worth of product Marion, IL Product being held** | - | 5,800.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Timber license - not transferable - no value** | - | 0.00 |
| | | **Truck licenses - non transferable - no value** | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1993 Freightliner - red Vin# 9713 No motor parted out** | - | 500.00 |
| | | **1997 Freightliner truck - blue Vin# 2307 1,400,000 miles** | - | 2,500.00 |
| | | **2000 Ford F350 Superduty truck Vin# 9029 200,000 miles beat up** | - | 2,500.00 |

Sub-Total >                11,300.00
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Twin Mills Timber & Tie Company, Inc.** ,     Case No. _____

                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1992 Volvo - purple<br>Vin# 8261<br>parted out | - | 1,000.00 |
| | | 1995 Volvo - black<br>Vin# 4626<br>parted out | - | 1,000.00 |
| | | 1997 Freightliner - white/green<br>no motor<br>parted out | - | 300.00 |
| | | 1989 Western Star White<br>Vin# 1986<br>With loader<br>not running | - | 4,000.00 |
| | | 2006 Sebring<br>160,000 miles<br>rough shape<br>dented<br>used by daughter | - | 0.00 |
| | | 2000 Dodge Dakota truck<br>Vin# 7769<br>230,000 miles<br>rough | - | 1,500.00 |
| | | 1994 Transcraft trailer<br>Vin# 1234<br>flat/black | - | 500.00 |
| | | 2006 M & M Mfg gooseneck trailer<br>Vin# 7132 | - | 1,200.00 |
| | | 1988 Fruehauf trailer flat<br>Vin# 9102<br>flat/white<br>scrap | - | 200.00 |
| | | 1974 Nabors trailer<br>Vin# F865<br>bunk | - | 400.00 |
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |

Sub-Total >      **10,100.00**
(Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Twin Mills Timber & Tie Company, Inc.** ,   Case No. _____
_____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **4 desks** <br> **2 computers** <br> **4 file cabinets** <br> **1 copy machine** | - | 400.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Aprintice 410D log loader** <br> **Vin# 0753** <br> **burnt** | - | 3,500.00 |
| | | **1990 544E** <br> **Vin# 6676** | - | 2,500.00 |
| | | **1997 644G - Leaf - bad transmission** <br> **Vin# 7190** <br> **lease** | - | 1,200.00 |
| | | **1990 544E** <br> **Vin# 6608** <br> **not running** | - | 1,200.00 |
| | | **1996 544G** <br> **Vin# 2111** <br> **Bad center pins** <br> **rough condition** <br> **Western** <br> **Lease** | - | 8,500.00 |
| | | **CAT hard tire lift** <br> **DeLonge** <br> **Vin# 7338** <br> **lease** | - | 3,000.00 |
| | | **544J** <br> **Vin# 44JZ** <br> **Peoples United** <br> **parted out** | - | 3,500.00 |
| | | **920 cat loader** <br> **blown engine** | - | 800.00 |
| | | **930 cat loader** | - | 1,500.00 |
| | | **D6 Cat dozer 1966** <br> **blown engine** | - | 800.00 |
| | | **Road grader** <br> **not running** | - | 500.00 |

Sub-Total >    27,400.00
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Twin Mills Timber & Tie Company, Inc.**        Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Koehring loader 6030<br>not running | - | 1,200.00 |
| | | 648G II Log skidder<br>Vin# 6321 | - | 8,000.00 |
| | | 444 CJ loader<br>Vin# 3392<br>Unsecured - Western Finance | - | 500.00 |
| | | Pallet equipment | - | 4,000.00 |
| | | Hydro ax<br>GE Electric | - | 49,000.00 |
| | | 4 head band saw<br>Wells Fargo | - | 22,000.00 |
| | | Shop Furnace<br>Ervin | - | 5,000.00 |
| | | Scales<br>TCF | - | 8,000.00 |
| | | Mower<br>Kubota | - | 1,700.00 |
| | | Misc equipment, tools, compressor | - | 2,000.00 |
| | | Land Pride Blade<br>Kubota | - | 700.00 |
| | | Box Blade | - | 700.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >       102,800.00
(Total of this page)

Sheet  **5**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

Total >       151,913.00

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Twin Mills Timber & Tie Company, Inc.** ,          Case No. _____

                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx9811**<br><br>De Lage Landen<br>1111 Old Eagle Rd<br>Wayne, PA 19087-1453 | X | - | CAT hard tire lift<br>DeLonge<br>Vin# 7338<br>lease<br><br>Value $           3,000.00 | | | | 4,620.99 | 1,620.99 |
| Account No. **xxx04-02**<br><br>Ervin Leasing<br>PO Box 1689<br>Ann Arbor, MI 48106-1689 | X | - | Shop Furnace<br>Ervin<br><br><br>Value $           5,000.00 | | | | 22,750.10 | 17,750.10 |
| Account No. **xxxxxx3365**<br><br>GE Capital<br>PO Box 740425<br>Atlanta, GA 30374-0425 | X | - | Hydro ax<br>GE Electric<br><br><br>Value $          49,000.00 | | | | 68,934.25 | 19,934.25 |
| Account No. **xx-xxx8157**<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | 2009 - 2011<br><br>941 and 940 taxes<br>Tax lien filed<br>All real estate<br><br>Value $          71,500.00 | | | | 147,924.71 | 76,424.71 |
| **2** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 244,230.05 | 115,730.05 |

B6D (Official Form 6D) (12/07) - Cont.

In re __Twin Mills Timber & Tie Company, Inc._____,     Case No. _____
                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | Mortgage J 2 K Property State Rt 37 West Frankfort, IL 325 acres - no improvements flood plain - Timberland $750 / acre | | | | | |
| J 2 K LLC 301 Tamarack Lane  Ste 200 O Fallon, IL 62269 | X | - | | | | | | | |
| | | | | Value $ 243,750.00 | | | | 308,000.00 | 64,250.00 |
| Account No. xxxxxxxx xxx xxxx8282 | | | | Land Pride Blade Kubota | | | | | |
| Kubota Credit Corp USA 14855 FAA Blvd Fort Worth, TX 76155 | | - | | | | | | | |
| | | | | Value $ 700.00 | | | | 1,431.91 | 731.91 |
| Account No. | | | | 2008 Mower Kubota | | | | | |
| Kubota Credit Corp USA 14855 FAA Blvd Fort Worth, TX 76155 | | - | | | | | | | |
| | | | | Value $ 1,700.00 | | | | 997.44 | 0.00 |
| Account No. xxx-xxxxxx1-000 | | | | 1997 644G - Leaf - bad transmission Vin# 7190 lease | | | | | |
| LEAF PO Box 644006 Cincinnati, OH 45264-4006 | X | - | | | | | | | |
| | | | | Value $ 1,200.00 | | | | 13,921.65 | 12,721.65 |
| Account No. | | | | Mortgage 3183 State Rt 37 West Frankfort, IL 37 acres, old mine property 6 old mine building 1 shop also secured by IRS Lien 2 apartments | | | | | |
| McVicker Enterprises LLC 214 S Philip Rd Niles, MI 49120 | X | - | | | | | | | |
| | | | | Value $ 180,000.00 | | | | 161,000.00 | 0.00 |

Sheet __1___ of __2___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

485,351.00     77,703.56

B6D (Official Form 6D) (12/07) - Cont.

In re  **Twin Mills Timber & Tie Company, Inc.** _____ ,  Case No. _____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **x2534**<br><br>**Peoples United Equipment Finance**<br>**PO Box 201392**<br>**Houston, TX 77216-1392** | | - | **544J**<br>**Vin# 44JZ**<br>**Peoples United**<br>**parted out**<br><br>Value $       3,500.00 | | | | 1,814.85 | 0.00 |
| Account No. **xx0791**<br><br>**TCF Equipment Finance Inc**<br>**11100 Wayzata Blvd  Ste 801**<br>**Minnetonka, MN 55305** | | - | **Scales**<br>**TCF**<br><br>Value $       8,000.00 | | | | 20,750.10 | 12,750.10 |
| Account No. **xxxxx0733**<br><br>**Wells Fargo Financial Leasing**<br>**300 Tri State International  Ste 40**<br>**Lincolnshire, IL 60069** | X | - | **4 head band saw**<br>**Wells Fargo**<br><br>Value $      22,000.00 | | | | 57,888.33 | 35,888.33 |
| Account No. **x8741**<br><br>**Western Finance and Lease**<br>**PO Box 640**<br>**Devils Lake, ND 58301** | X | - | **1996 544G**<br>**Vin# 2111**<br>**Bad center pins**<br>**rough condition**<br>**Western**<br>**Lease**<br><br>Value $       8,500.00 | | | | 10,643.18 | 2,143.18 |
| Account No. **xxxxx-xx1 & 002**<br><br>**Western Finance and Lease**<br>**PO Box 640**<br>**Devils Lake, ND 58301** | | - | **444 CJ loader**<br>**Vin# 3392**<br>**Unsecured - Western Finance**<br><br>Value $         500.00 | | | | 2,995.88 | 2,495.88 |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 94,092.34 | 53,277.49 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 823,673.39 | 246,711.10 |

B6E (Official Form 6E) (4/10)

.

In re __Twin Mills Timber & Tie Company, Inc._____ ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**2**___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Twin Mills Timber & Tie Company, Inc.** _____ ,    Case No. _____
                                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **xxxxx0147** | | | | 11/2009 and 12/2009 | | | | | | |
| **Commonwealth of Kentucky Department of Revenue PO Box 491 Frankfort, KY 40602** | - | | | | | | X | 208.59 | 0.00 | 208.59 |
| Account No. **xxxxx0147** | | | | 11/2009 and 12/2009 | | | | | | |
| **Commonwealth of Kentucky Department of Revenue PO Box 491 Frankfort, KY 40602** | - | | | | | | X | 9,861.81 | 0.00 | 9,861.81 |
| Account No. **xx-xxx8157** | | | | Dec. 21, 2010 **Taxes** | | | | | | |
| **Illinois Department of Revenue BK Unit Level 7 245 100 Randolph Street Chicago, IL 60601** | - | | | | | | | 2,528.33 | 0.00 | 2,528.33 |
| Account No. **xx-xxx8157** | | | | **Representing: Illinois Department of Revenue** | | | | **Notice Only** | | |
| **Illinois Department of Revenue PO Box 19035 Springfield, IL 62794-9035** | | | | | | | | | | |
| Account No. **xx-xxx8157** | | | | March 31, 2011 **Taxes** | | | | | | |
| **Illinois Department of Revenue BK Unit Level 7 245 100 Randolph Street Chicago, IL 60601** | - | | | | | | | 2,466.28 | 0.00 | 2,466.28 |
| | | | | | | Subtotal (Total of this page) | | 15,065.01 | 0.00 | 15,065.01 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

B6E (Official Form 6E) (4/10) - Cont.

In re    **Twin Mills Timber & Tie Company, Inc.** _____ ,    Case No. _____

_____
                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **37-1068157** <br><br> **Illinois Department of Revenue** <br> **PO Box 19035** <br> **Springfield, IL 62794-9035** | | | | **Representing:** <br> **Illinois Department of Revenue** | | | | **Notice Only** | |
| Account No. **xx8899** <br><br> **Illinois Dept of Employment Securit** <br> **33 S State St  10th Floot** <br> **Chicago, IL 60603-2802** | - | | | **3/2010** <br><br> **Unemployment taxes** <br><br><br><br> | | | | **24,532.17** | **0.00** <br><br><br> **24,532.17** |
| Account No. **xx-xxx8157** <br><br> **Internal Revenue Service** <br> **PO Box 7346** <br> **Philadelphia, PA 19101-7346** | - | | | **2009-2011** <br><br> **941 and 940 taxes** <br> **Tax lien filed** <br> **Debt listed as secured on Schedule D** | | | | **0.00** | **0.00** <br><br><br> **0.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __2__ of __2__ continuation sheets attached to <br> Schedule of Creditors Holding Unsecured Priority Claims | Subtotal <br> (Total of this page) | **24,532.17** | **0.00** <br> **24,532.17** |
| | Total <br> (Report on Summary of Schedules) | **39,597.18** | **0.00** <br> **39,597.18** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **Twin Mills Timber & Tie Company, Inc.** ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xuw95** <br><br> **Airgas Mid America** <br> **PO Box 802615** <br> **Chicago, IL** | - | | **Product** | | | | **4,319.65** |
| Account No. **xYW05** <br><br> **Airgas Mid South** <br> **PO Box 676015** <br> **Dallas, TX** | - | | **Product** | | | | **1,090.98** |
| Account No. **xx0247** <br><br> **Transworld Systems Inc** <br> **PO Box 15630** <br> **Wilmington, DE 19850-5630** | | | **Representing:** <br> **Airgas Mid South** | | | | **Notice Only** |
| Account No. <br><br> **Alstat Wood Products** <br> **456 Highway 4** <br> **Murphysboro, IL** | - | | **Product** | | | | **10,964.78** |

___9___   continuation sheets attached

Subtotal
(Total of this page)    **16,375.41**

B6F (Official Form 6F) (12/07) - Cont.

In re **Twin Mills Timber & Tie Company, Inc.** _____ ,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Insurance Work comp | | | | |
| Appalachian Underwriters PO Box 800 Rutledge, TN 37861 | - | | | | | | X | |
| | | | | | | | | 32,648.00 |
| Account No. **xxxx7001** | | | | Uniforms | | | | |
| Aramark Uniform Services PO Box 329 Evansville, IN 47702-0329 | - | | | | | | | |
| | | | | | | | | 1,007.07 |
| Account No. | | | | Bolts, misc | | | | |
| Budget Sales 17606 Notestine Rd Woodburn, IN 46797 | - | | | | | | | |
| | | | | | | | | 5,680.00 |
| Account No. | | | | Medical claim | | | | |
| Cape Radiology Group PO Box 1330 Cape Girardeau, MO 63702 | - | | | | | | | |
| | | | | | | | | 28.00 |
| Account No. | | | | Insurance | | | | |
| Chartis 22427 Network Place Chicago, IL 60673-1224 | - | | | | | | X | |
| | | | | | | | | 2,190.00 |

Sheet no. __1__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,553.07

B6F (Official Form 6F) (12/07) - Cont.

In re **Twin Mills Timber & Tie Company, Inc.** _____ ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Repair | | | | |
| Coblentz Equipment 7719 TWP Rd 551 Cincinnati, OH 45263-6525 | - | | | | | | | 238.11 |
| Account No. | | | | Fuel purchase | | | | |
| Davis and Sons Oil Co Inc PO Box 444 Fairfield, IL 62837 | - | | | | | | | 19,720.71 |
| Account No. | | | | Parts | | | | |
| Farm Plan PO Box 5328 Madison, WI 53705-0328 | - | | | | | | | 995.21 |
| Account No. | | | | Medical claims employees | | | | |
| Franklin Hospital 201 Bailey Lane Benton, IL 62812 | - | | | | | | X | 432.00 |
| Account No. | | | | Loans to company Shareholder| | | | | |
| Fred Wilson 889 Veterans Dr Eldorado, IL 62930 | - | | | | | | | 20,000.00 |

Sheet no. __2__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,386.03

B6F (Official Form 6F) (12/07) - Cont.

In re     **Twin Mills Timber & Tie Company, Inc.**            ,     Case No. _____
_____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Medical claim employee | | | | |
| Herrin Hospital 201 S 14th St Herrin, IL 62948 | - | | | | | | X | 544.00 |
| Account No. | | | | Consulting service | | | | |
| IPA 1250 Barklay Blvd Summerfield, IL 62289 | - | | | | | | X | 56,849.27 |
| Account No. | | | | | | | | |
| Jim Herring 7877 Hover Rd Macedonia, IL 62860 | - | | | | | | | 25,399.46 |
| Account No. | | | | Loans to company Shareholder | | | | |
| Keith Wilson 3183 State Rt 37 West Frankfort, IL 62896 | - | | | | | | | 20,800.00 |
| Account No. | | | | Septic dispute | | | | |
| Lanes Mobile John Inc 3133 Vanzora Rd Benton, IL 62812 | - | | | | | | X | 100.50 |

Sheet no. __3___ of __9___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                             Subtotal
              (Total of this page)       **103,693.23**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Twin Mills Timber & Tie Company, Inc.** ,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Larry Musgrave**<br>**414 N 6th St**<br>**Fairfield, IL 62837** | - | | Equipment | | | | 2,195.62 |
| Account No.<br><br>**Lavalle Transportation**<br>**PO Box 550**<br>**Potsdam, NY 13676** | - | | Freight | | | | 4,200.00 |
| Account No.<br><br>**Leslie P Williams CPA**<br>**217 Robert Morgan Rd**<br>**Murphysboro, IL 62966** | - | | Accountant fee | | | X | 1,802.94 |
| Account No.<br><br>**Logan Primary Care Services**<br>**405 Rushing Drive**<br>**Herrin, IL 62948** | - | | Medical | | | | 563.48 |
| Account No.<br><br>**Missouri Power Transmission**<br>**2820 Reliable Parkway**<br>**Chicago, IL 60686-0028** | - | | Parts | | | | 3,171.24 |

Sheet no. __4__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **11,933.28**

B6F (Official Form 6F) (12/07) - Cont.

In re __Twin Mills Timber & Tie Company, Inc._____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Pennsylvania Lumbermens Mutual** <br>**PO Box 827925** <br>**Philadelphia, PA 19182-7925** | - | | Insurance | | | X | 3,445.28 |
| Account No. **x6901** <br><br>**Perma Treat** <br>**PO Box 99** <br>**Marion, IL 62959** | - | | Judgment | | | | 6,475.50 |
| Account No. <br><br>**Petter Supply** <br>**PO Box 2350-5110** <br>**Paducah, KY 42001** | - | | Banding supplies | | | | 266.83 |
| Account No. <br><br>**Pipeline Intelligence Co** <br>**PO Box 2726** <br>**Sugar Land, TX 77487-2726** | - | | Advertising | | | | 1,500.00 |
| Account No. <br><br>**Pipers Saw Shop** <br>**454 Philllip Stone Way** <br>**Central City, KY 42330** | - | | Saw supplies | | | | 3,526.14 |

Sheet no. __5___ of __9___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,213.75

B6F (Official Form 6F) (12/07) - Cont.

In re __Twin Mills Timber & Tie Company, Inc._____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx0022**<br><br>**Power Mation**<br>**1310 Energy Lane**<br>**Saint Paul, MN 55108** | | - | | Parts | | | | 188.15 |
| Account No. **xxxxx-x5080**<br><br>**Power Plan**<br>**PO Box 650215**<br>**Dallas, TX 75265-0215** | | - | | Parts | | | | 2,421.99 |
| Account No.<br><br>**Raben Tire Company**<br>**PO Box 4835**<br>**Evansville, IN 47724-0835** | | - | | Tires | | | | 2,038.17 |
| Account No.<br><br>**Robbie Stout**<br>**Box 116 C**<br>**Thompsonville, IL 62890** | | - | | Wood | | | X | 11,572.18 |
| Account No.<br><br>**Roberts and Dybdahl Inc**<br>**PO Box 108**<br>**Des Moines, IA 50305** | | - | | Trucking | | | | 945.08 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,165.57

B6F (Official Form 6F) (12/07) - Cont.

In re   **Twin Mills Timber & Tie Company, Inc.**       ,      Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Wood Judgment | | | | |
| Robertson and Jones PO Box 69 Sims, IL 62886 | - | | | | | | | 4,537.20 |
| Account No. | | | | Advertising | | | | |
| Rock and Dirt PO Box 489 Crossville, TN 38557 | - | | | | | | | 584.96 |
| Account No. | | | | Scale installation | | | | |
| Scale Source PO Box 138 Ledbetter, KY 42058 | - | | | | | | X | 2,358.48 |
| Account No. | | | | Truck parts | | | | |
| SI Truck Parts 1304 East DeYoung St Marion, IL 62959 | - | | | | | | | 1,032.68 |
| Account No. **xxx2545** | | | | Fuel | | | | |
| Southern FS PO Box 728 Marion, IL 62959 | - | | | | | | | 1,945.56 |

Sheet no. __7__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **10,458.88**

B6F (Official Form 6F) (12/07) - Cont.

In re __Twin Mills Timber & Tie Company, Inc._____,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Office supplies | | | | |
| Staples Dept DET Chicago, IL 60696-3689 | - | | | | | | | 460.66 |
| Account No. | | | | Accountant | | | | |
| Tanner and Marlo 509 1/2 East Edyoung St Marion, IL 62959 | - | | | | | | | 4,851.60 |
| Account No. | | | | Electric supplier | | | | |
| Tom Strum RR 5  Box 223A Mc Leansboro, IL 62859 | - | | | | | | | 4,241.40 |
| Account No. | | | | Debt collector unknown | | | | |
| TRS Recovery Services Inc PO Box 60022 City of Industry, CA 91716-0022 | - | | | | | | X | 50.00 |
| Account No. | | | | Repairs | | | | |
| Vernells Interstate Services Inc 2505 West DeYoung Marion, IL 62959 | - | | | | | | | 2,008.31 |

Sheet no. __8__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **11,611.97**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Twin Mills Timber & Tie Company, Inc.** ,    Case No. _____

                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Watson and Murphy<br>PO Box 59<br>Eldorado, IL 62930-0059 | | - | | Attorney fees | | | | 1,832.50 |
| Account No.<br><br>Wenzel Lumber Company<br>PO Box 57<br>Junction, IL 62954 | | - | | Wood | | | | 8,436.54 |
| Account No.<br><br>Wrights Sawmill<br>1660 Cr 1201<br>Arlington, KY 42021 | | - | | Wood | | | | 10,451.70 |
| Account No. **x6901**<br><br>Yellow Book<br>PO Box 3162<br>Cedar Rapids, IA 52406 | | - | | Advertising | | | | 627.94 |
| Account No. | | | | | | | | |

Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **21,348.68**

Total (Report on Summary of Schedules)    **290,739.87**

B6G (Official Form 6G) (12/07)

.

In re    __**Twin Mills Timber & Tie Company, Inc.**_____,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Twin Mills Timber & Tie Company, Inc.**                                ,    Case No. _____
_____
                                    Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Fred Wilson**<br>**889 Veterans Dr**<br>**Eldorado, IL 62930** | **De Lage Landen**<br>**1111 Old Eagle Rd**<br>**Wayne, PA 19087-1453** |
| **Fred Wilson**<br>**889 Veterans Dr**<br>**Eldorado, IL 62930** | **Ervin Leasing**<br>**PO Box 1689**<br>**Ann Arbor, MI 48106-1689** |
| **Fred Wilson**<br>**889 Veterans Dr**<br>**Eldorado, IL 62930** | **GE Capital**<br>**PO Box 740425**<br>**Atlanta, GA 30374-0425** |
| **Fred Wilson**<br>**889 Veterans Dr**<br>**Eldorado, IL 62930** | **J 2 K LLC**<br>**301 Tamarack Lane  Ste 200**<br>**O Fallon, IL 62269** |
| **Fred Wilson**<br>**889 Veterans Dr**<br>**Eldorado, IL 62930** | **LEAF**<br>**PO Box 644006**<br>**Cincinnati, OH 45264-4006** |
| **Fred Wilson**<br>**889 Veterans Dr**<br>**Eldorado, IL 62930** | **McVicker Enterprises LLC**<br>**214 S Philip Rd**<br>**Niles, MI 49120** |
| **Fred Wilson**<br>**889 Veterans Dr**<br>**Eldorado, IL 62930** | **Wells Fargo Financial Leasing**<br>**300 Tri State International  Ste 40**<br>**Lincolnshire, IL 60069** |
| **Fred Wilson**<br>**889 Veterans Dr**<br>**Eldorado, IL 62930** | **Western Finance and Lease**<br>**PO Box 640**<br>**Devils Lake, ND 58301** |
| **Keith Wilson**<br>**3183 State Rt 37**<br>**West Frankfort, IL 62896** | **McVicker Enterprises LLC**<br>**214 S Philip Rd**<br>**Niles, MI 49120** |
| **Keith Wilson**<br>**3183 State Rt 37**<br>**West Frankfort, IL 62896** | **J 2 K LLC**<br>**301 Tamarack Lane  Ste 200**<br>**O Fallon, IL 62269** |
| **Keith Wilson**<br>**3183 State Rt 37**<br>**West Frankfort, IL 62896** | **Wells Fargo Financial Leasing**<br>**300 Tri State International  Ste 40**<br>**Lincolnshire, IL 60069** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Illinois

In re    **Twin Mills Timber & Tie Company, Inc.**                                          Case No.

                                         Debtor(s)                              Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Secretary of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**27**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 14, 2011**                              Signature    **/s/ Keith Wilson**

                                                                      **Keith Wilson**
                                                                      **Secretary**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Illinois

In re   **Twin Mills Timber & Tie Company, Inc.**                                Case No.

                                                   Debtor(s)                Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$416,366.63** | **2011 YTD: Gross Income** |
| **$1,635,145.00** | **2010: Gross Income** |
| **$1,569,823.00** | **2009: Gross Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Minova USA Inc** | **9/27/11 - $1,419.75** <br> **8/18/11 - $4,273.50** | **$5,693.25** | **$0.00** |
| **McVicker Enterorise** | **9/22/11 - $3,000.00** <br> **8/25/11 - $3,000.00** <br> **7/29/11 - $3,000.00** | **$9,000.00** | **$0.00** |
| **J2K LLC** | **9/22/11 - $3,400.00** <br> **8/26/11 - $3,400.00** <br> **7/29/11 - $3,400.00** | **$10,200.00** | **$0.00** |

None
☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Keith Wilson** | **Wages:** <br> **10/25/10 - $2,000.00** <br> **10/29/10 - $2,000.00** <br> **11/22/10 - $1,500.00** <br> **1/22/11 - $150.00** <br> **2/3/11 - $1,500.00** <br> **2/12/11 - $2,000.00** <br> **3/21/11 - $150.00** <br> **4/9/11 - $1,000.00** <br> **4/18/11 - $1,500.00** <br> **6/10/11 - $1,500.00** <br> **7/30/11 - $300.0** <br> **8/12/11 - $200.00** <br> **8/25/11 - $500.00** <br> **9/2/11 - $200.00** <br> **9/24/11 - $1,500.00** | **$16,000.00** | **$0.00** |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Fred Wilson** | **Wages:** | **$10,800.00** | **$0.00** |
| | **6/8/11 - $2,000.00** | | |
| | **5/10/11 - $500.00** | | |
| | **4/22/11 - $1,000.00** | | |
| | **3/28/11 - $1,000.00** | | |
| | **2/18/11 - $500.00** | | |
| | **2/14/11 - $800.00** | | |
| | **1/31/11 - $500.00** | | |
| | **1/18/11 - $1,000.00** | | |
| | **12/20/10 - $500.00** | | |
| | **10/27/10 - $1,500.00** | | |
| | **10/14/10 - $1,500.00** | | |
| **Trina Wilson** | **Wages:** | **$1,500.00** | **$0.00** |
| | **9/26/11 - $500.00** | | |
| | **7/16/11 - $500.00** | | |
| | **7/11/11 - $500.00** | | |
| **Heather Wilson** | **Wages:** | **$6,250.00** | **$0.00** |
| | **12/5/10 - $500.00** | | |
| | **1/29/11 - $750.0** | | |
| | **2/4/11 - $250.00** | | |
| | **2/24/11 - $250.00** | | |
| | **3/5/11 - $300.00** | | |
| | **3/28/11 - $500.00** | | |
| | **4/2/11 - $200.00** | | |
| | **4/5/11 - $250.00** | | |
| | **4/27/11 - $500.00** | | |
| | **5/10/11 - $500.00** | | |
| | **5/13/11 - $300.00** | | |
| | **5/20/11 - $300.00** | | |
| | **5/28/11 - $500.00** | | |
| | **6/4/11 - $300.00** | | |
| | **7/8/11 - $450.00** | | |
| | **7/20/11 - $400.00** | | |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ervin Leasing Company** **v** **Twin Mills Timber & Tie Company** **11-961-CK** | **Collections** | **State of Michigan** **County of Washtenaw** | |
| **Robert & Jones Inc** **v** **Twin Mills Timber & Te Co Inc** **2011-LM-17** | **Collections** | **Wayne County** | **Judgment** |
| **Perma Treat of Illinois Inc** **v** **Twin Mills Timber & Tie Co Inc** **11-SC-470** | **Collections** | **Williamson County** | **Judgment** |
| **Southern FS Inc** **v** **Twin Mills Timber & Tie Co** **11-SC-355** | **Collections** | **Franklin County** | **Judgment** |

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Diamond Equipment Inc** | **Collections** | **Jefferson Couty** | **Judgment** |
| v | | | |
| **Twin Mills Timber & Tie Co** | | | |
| **2011-SC-138** | | | |

None ☐   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Diamond Equipment** | **June 8, 2011** | **$1,987.00 cash from account** |
| **Mount Vernon, IL 62864** | | |

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **1st UPC** | **Church of principal** | **2/3/11** | **$350.00** |
| **1st UPC** | **Church of principal** | **3/6/11** | **$150.00** |
| **1st UPC** | **Church of principal** | **7/24/11** | **$400.00** |

### 8. Losses

None ☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **22,039.09 -5,000.00 deductible** | **Struck by lightning Pennsylvania Lumberman Mutual Insurance deposited into operating** | **4/26/11** |
| **13,478.71 -5,000 deductible** | **Struck by lightning Pennsylvania Lumberman Deposited into operating** | **5/16/11** |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Antonik Law Offices 3405 Broadway  Suite 1 PO Box 594 Mount Vernon, IL 62864** | **August 30, 2011 October 4, 2011 October 13, 2011** | **$1,000.00 $8,000.00 $4,539.00  Includes filing fee** |

### 10. Other transfers

None ■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

6

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

7

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Twin Mills Timber & Tie Co** | **8157** | **3268 Route 37 North West Frankfort, IL 62896** | **Pallet manufacturing** | **2006 - present** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Tanner Marlo CPA's Inc 509 1/2 East Deyoung St Marion, IL 62959** | **11/9/10 to current** |

8

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Leslie R Williams, CPA**<br>**217 Robert Morgan Rd**<br>**Murphysboro, IL 62966** | **2/26/09** |
| **Keith Wilson** | |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Tanner Marlo CPA Inc** | **509 1/2 East Deyoung St**<br>**Marion, IL 62959** |
| **Keith Wilson** | |

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Wells Fargo**<br>**300 Tri State International**<br>**Suite 400**<br>**Lincolnshire, IL 60069** | **7/28/10** |
| **GE Capital**<br>**PO Box 740425**<br>**Atlanta, GA 30374-0425** | **7/28/10** |

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Fred Wilson** | **President** | **50%** |
| **Keith Wilson** | **Vice President, Treasurer, Secretary** | **50%** |

## 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23 . Withdrawals from a partnership or distributions by a corporation

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Fred Wilson** | **Wages:** | |
| | **6/8/11** | **$2,000.00** |
| | **5/10/11** | **$500.00** |
| | **4/22/11** | **$1,000.00** |
| | **3/28/11** | **$1,000.00** |
| | **2/18/11** | **$500.00** |
| | **2/14/11** | **$800.00** |
| | **1/31/11** | **$500.00** |
| | **1/18/11** | **$1,000.00** |
| | **12/20/10** | **$500.00** |
| | **10/27/10** | **$1,500.00** |
| | **10/14/10** | **$1,500.00** |
| **Keith Wilson** | **Wages:** | |
| | **10/25/10** | **$2,000.00** |
| | **10/29/10** | **$2,000.00** |
| | **11/22/10** | **$1,500.00** |
| | **1/22/11** | **$150.00** |
| | **2/3/11** | **$1,500.00** |
| | **2/12/11** | **$2,000.00** |
| | **3/21/11** | **$150.00** |
| | **4/9/11** | **$1,000.00** |
| | **4/18/11** | **$1,500.00** |
| | **6/10/11** | **$1,500.00** |
| | **7/30/11** | **$300.00** |
| | **8/12/11** | **$200.00** |
| | **5/25/11** | **$500.00** |
| | **9/2/11** | **$200.00** |
| | **9/24/11** | **$1,500.00** |

10

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Trina Wilson** | **Wages:** | **$500.00** |
| | **9/26/11** | **$500.00** |
| | **7/16/11** | **$500.00** |
| | **7/11/11** | |
| | | |
| **Heather Wilson** | **Wages:** | **$500.00** |
| | **12/5/10** | **$750.00** |
| | **1/29/11** | **$250.00** |
| | **2/4/11** | **$250.00** |
| | **2/24/11** | **$300.00** |
| | **3/5/11** | **$500.00** |
| | **3/28/11** | **$200.00** |
| | **4/2/11** | **$250.00** |
| | **4/5/11** | **$500.00** |
| | **4/27/11** | **$500.00** |
| | **5/10/11** | **$300.00** |
| | **5/13/11** | **$300.00** |
| | **5/20/11** | **$500.00** |
| | **5/28/11** | **$300.00** |
| | **6/4/11** | **$450.00** |
| | **7/8/11** | **$400.00** |
| | **7/20/11** | |

**24. Tax Consolidation Group.**

None ■  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                                         TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **October 14, 2011**                          Signature    **/s/ Keith Wilson**
                                                                  **Keith Wilson**
                                                                  **Secretary**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Illinois

In re   **Twin Mills Timber & Tie Company, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 12,500.00 |
| Prior to the filing of this statement I have received | $ | 12,500.00 |
| Balance Due | $ | 0.00 |

2.  $ __**1,039.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Additional services at $250.00 per hour.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Any contested matters or adversary proceedings; additional services at $250.00 per hour. Post-Petition amendment of bankruptcy schedules: for Chapter 7, 11, and 12 clients, additional charge of $75.00 including filing fee; for Chapter 13 clients, $26.00 filing fee.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **October 14, 2011**

**/s/ Douglas A. Antonik**
**Douglas A. Antonik 06190629**
**Antonik Law Offices**
**Post Office Box 594**
**Mt. Vernon, IL 62864**
**618-244-5739  Fax: 618-244-9633**
**antoniklaw@charter.net**

# United States Bankruptcy Court
## Southern District of Illinois

In re    **Twin Mills Timber & Tie Company, Inc.** _____ ,     Case No. _____

Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Fred Wilson** | **Common** | **4500** | |
| **Keith Wilson** | **Common** | **4500** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Secretary of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___ **October 14, 2011** _____     Signature ___ **/s/ Keith Wilson** _____

                                                         **Keith Wilson**
                                                          **Secretary**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__**0**__ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Illinois

In re  **Twin Mills Timber & Tie Company, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

      I, the Secretary of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge and that it corresponds to the creditors listed in our schedules.

Date:  **October 14, 2011**

**/s/ Keith Wilson**

**Keith Wilson**/**Secretary**
Signer/Title

Airgas Mid America
PO Box 802615
Chicago, IL

Airgas Mid South
PO Box 676015
Dallas, TX

Alstat Wood Products
456 Highway 4
Murphysboro, IL

Appalachian Underwriters
PO Box 800
Rutledge, TN 37861

Aramark Uniform Services
PO Box 329
Evansville, IN 47702-0329

Budget Sales
17606 Notestine Rd
Woodburn, IN 46797

Cape Radiology Group
PO Box 1330
Cape Girardeau, MO 63702

Chartis
22427 Network Place
Chicago, IL 60673-1224

Coblentz Equipment
7719 TWP Rd 551
Cincinnati, OH 45263-6525

Commonwealth of Kentucky
Department of Revenue
PO Box 491
Frankfort, KY 40602

Davis and Sons Oil Co Inc
PO Box 444
Fairfield, IL 62837

De Lage Landen
1111 Old Eagle Rd
Wayne, PA 19087-1453


Ervin Leasing
PO Box 1689
Ann Arbor, MI 48106-1689


Farm Plan
PO Box 5328
Madison, WI 53705-0328


Franklin Hospital
201 Bailey Lane
Benton, IL 62812


Fred Wilson
889 Veterans Dr
Eldorado, IL 62930


GE Capital
PO Box 740425
Atlanta, GA 30374-0425


Herrin Hospital
201 S 14th St
Herrin, IL 62948


Illinois Department of Revenue
BK Unit Level 7 245
100 Randolph Street
Chicago, IL 60601


Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794-9035


Illinois Dept of Employment Securit
33 S State St 10th Floot
Chicago, IL 60603-2802


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

IPA
1250 Barklay Blvd
Summerfield, IL 62289


J 2 K LLC
301 Tamarack Lane  Ste 200
O Fallon, IL 62269


Jim Herring
7877 Hover Rd
Macedonia, IL 62860


Keith Wilson
3183 State Rt 37
West Frankfort, IL 62896


Kubota Credit Corp USA
14855 FAA Blvd
Fort Worth, TX 76155


Lanes Mobile John Inc
3133 Vanzora Rd
Benton, IL 62812


Larry Musgrave
414 N 6th St
Fairfield, IL 62837


Lavalle Transportation
PO Box 550
Potsdam, NY 13676


LEAF
PO Box 644006
Cincinnati, OH 45264-4006


Leslie P Williams CPA
217 Robert Morgan Rd
Murphysboro, IL 62966


Logan Primary Care Services
405 Rushing Drive
Herrin, IL 62948

McVicker Enterprises LLC
214 S Philip Rd
Niles, MI 49120


Missouri Power Transmission
2820 Reliable Parkway
Chicago, IL 60686-0028


Pennsylvania Lumbermens Mutual
PO Box 827925
Philadelphia, PA 19182-7925


Peoples United Equipment Finance
PO Box 201392
Houston, TX 77216-1392


Perma Treat
PO Box 99
Marion, IL 62959


Petter Supply
PO Box 2350-5110
Paducah, KY 42001


Pipeline Intelligence Co
PO Box 2726
Sugar Land, TX 77487-2726


Pipers Saw Shop
454 Philllip Stone Way
Central City, KY 42330


Power Mation
1310 Energy Lane
Saint Paul, MN 55108


Power Plan
PO Box 650215
Dallas, TX 75265-0215


Raben Tire Company
PO Box 4835
Evansville, IN 47724-0835

Robbie Stout
Box 116 C
Thompsonville, IL 62890


Roberts and Dybdahl Inc
PO Box 108
Des Moines, IA 50305


Robertson and Jones
PO Box 69
Sims, IL 62886


Rock and Dirt
PO Box 489
Crossville, TN 38557


Scale Source
PO Box 138
Ledbetter, KY 42058


SI Truck Parts
1304 East DeYoung St
Marion, IL 62959


Southern FS
PO Box 728
Marion, IL 62959


Staples
Dept DET
Chicago, IL 60696-3689


Tanner and Marlo
509 1/2 East Edyoung St
Marion, IL 62959


TCF Equipment Finance Inc
11100 Wayzata Blvd  Ste 801
Minnetonka, MN 55305


Tom Strum
RR 5  Box 223A
Mc Leansboro, IL 62859

Transworld Systems Inc
PO Box 15630
Wilmington, DE 19850-5630


TRS Recovery Services Inc
PO Box 60022
City of Industry, CA 91716-0022


Vernells Interstate Services Inc
2505 West DeYoung
Marion, IL 62959


Watson and Murphy
PO Box 59
Eldorado, IL 62930-0059


Wells Fargo Financial Leasing
300 Tri State International  Ste 40
Lincolnshire, IL 60069


Wenzel Lumber Company
PO Box 57
Junction, IL 62954


Western Finance and Lease
PO Box 640
Devils Lake, ND 58301


Wrights Sawmill
1660 Cr 1201
Arlington, KY 42021


Yellow Book
PO Box 3162
Cedar Rapids, IA 52406